IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHUKWUEBUKA MADUEKE ARINZE,

    Defendant.

8:22CR 88

INDICTMENT
18 U.S.C. § 1343
18 U.S.C. § 1028A

The Grand Jury charges that

At all times material to this Indictment:

1. The defendant, Chukwuebuka Madueke Arinze, resided in and is a citizen of Nigeria.

2. Victim 1 is a dairy producer residing in Wayne, Nebraska.

3. Victim 2 is a dairy producer residing in Norfolk, Nebraska.

4. Victim 3 resides in Omaha, Nebraska and is not a dairy producer. Victim 3 owns a wedding venue in Bennington, Nebraska that had previously been an operating dairy farm.

5. Victim 4 is a dairy producer residing in Hartington, Nebraska.

6. Victim 5 is a dairy producer residing in Carleton, Nebraska.

7. Victim 6 is a dairy producer residing in Clearwater, Nebraska.

8. Victim 7 is a dairy producer residing in Rising City, Nebraska.

9. Victim 8 is a dairy producer residing in Carroll, Nebraska.

10. Victim 9 is a dairy producer residing in Orchard, Nebraska.

11. Victim 10 was formerly a dairy producer and resides in Arapahoe, Nebraska.

12. Victim 11 is a dairy producer residing in Pleasant Dale, Nebraska

13. Victim 12 is a dairy producer residing in Jansen, Nebraska.

14. Victim 13 is a dairy producer residing in Stuart, Nebraska.

15. Victim 14 is a dairy producer residing in Osmond, Nebraska.

16. The identities of Victims 1 through 14 above are known to the Grand Jury.

## USDA CORONAVIRUS FOOD ASSISTANCE PROGRAM

17. The Coronavirus Food Assistance Program (CFAP) is a financial assistance program through the United States Department of Agriculture (USDA) that was created in response to the COVID-19 Pandemic. CFAP is administered through the USDA's Farm Service Agency (FSA) and Agricultural Marking Service (AMS).

18. The purpose of CFAP was to provide financial assistance to producers of agricultural commodities with financial assistance that would assist them in absorbing losses in sales and increased marketing costs due to the COVID-19 pandemic.

19. CFAP was funded through the Coronavirus Aid, Relief, and Economic Stability Act (CARES Act) and the Commodity Credit Corporation (CCC) Charter Act.

20. Agricultural producers who were eligible must have suffered a five percent-or-greater price decline as a result of the COVID-19 pandemic and face substantial marketing costs for inventories. The producers must also be engaged in the production of specified agricultural commodities to include certain specialty crops, non-specialty crops, wool, dairy, aquaculture, nursery crops and cut flowers, eggs, and livestock.

21. CFAP applications were accepted from May 26, 2020, through September 11, 2020. The USDA extended a second round of assistance beginning on September 21, 2020 in what was known as CFAP2. The FSA accepted the CFAP2 applications from September 21, 2020, through December 11, 2020.

2

22. CFAP and CFAP2 were self-certification programs. As such, producers did not need to provide documentation of pandemic-related losses to their operations in order to apply.

## COUNTS I – XIV
## (WIRE FRAUD)

23. The Grand Jury reincorporates the allegations contained in paragraph 1 through 21 of this Indictment as if fully set forth herein.

24. From on or about September 28, 2020, through on or about January 25, 2021, the defendant, Chukwuebuka Madueke Arinze, devised a scheme to defraud by submitting and causing to be submitted false and fraudulent CFAP2 applications to the USDA FSA Offices in Nebraska in the names of 12 Nebraska dairy producers and two Nebraskans who he falsely represented to be active dairy producers.

## MANNER AND MEANS

25. Between on or about September 28, 2020, and October 14, 2020, the USDA FSA offices in Nebraska received fourteen CFAP2 applications and Automated Clearing House (ACH) Vendor and Miscellaneous Payment Enrollment Forms purportedly from dairy production entities in Nebraska.

26. Twelve of the fourteen CFAP2 applications and ACH forms contained personal identifying information of known dairy producers in Nebraska. One of the CFAP2 applications contained the correct personal identifying information of a resident of Nebraska, however, Victim 3 was ultimately determined to not be a dairy producer. A CFAP2 application in the name of Victim 10 also contained the correct personal

3

identifying information, however, Victim 10 was formerly a dairy producer who is no longer conducting dairy producing operations.

27. All fourteen CFAP2 applications and ACH forms contained forged signatures of the individuals who were purported to have completed and submitted this application. All fourteen CFAP2 applications contained inaccurate dairy production numbers for the respective dairy operations.

28. Defendant, Chukwuebuka Madueke Arinze, on nine different occasions between October 5, 2020 through October 13, 2020, used a voice over internet protocol (VOIP) number, 251-XXX-XXXX, to call USDA FSA offices in Nebraska to inquire about the status of two of the CFAP2 applications.

29. All fourteen CFAP2 applications and ACH forms contained email addresses from the purported applicants. These listed emails were all for Outlook email accounts and were formatted similarly utilizing variations of the victims' names. These listed email addresses were ultimately determined to be controlled by the defendant, Chukwuebuka Madueke Arinze.

30. The payment information for the fourteen ACH forms were not linked to the purported applicants, but instead listed account information for prepaid debit card accounts operated by GreenDot Bank.

31. None of the true individuals who were purported to have submitted these CFAP2 applications and ACH forms consented to their identities and information being used.

### USE OF COMMUNICATIONS IN FOREIGN COMMERCE

32. In furtherance of this scheme, communications were sent in foreign commerce. From on or about September 28, 2020, through on or about January 25, 2021, the defendant, Chukwuebuka Madueke Arinze, transmitted or caused to be digital communications to be sent through multiple states in interstate commerce and/or countries in foreign commerce before being accessed by the recipient account operated in the state of Nebraska.

### INTENDED LOSS

33. As a result of this scheme to defraud, the defendant, Chukwuebuka Madueke Arinze, intended to cause a loss in the amount of $1,908,838.80.

### THE COUNTS

34. For the purpose of executing the above described scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, the defendant, Chukwuebuka Madueke Arinze, did knowingly cause to be transmitted by means of wire communications in interstate commerce, certain writings, signs and signals for the purpose of executing the scheme and artifice to defraud, in that, the defendant, Chukwuebuka Madueke Arinze, did cause the transmission of electronic CFAP2 application and ACH forms by wire communications as described below, each of the below said wire communications constituting a separate count:

| Count | Date | Wire Communication |
|---|---|---|
| I | On or about September 28, 2020 | Monday, September 28, 2020 email with the subject line "CFAP Forms" containing a CFAP2 Application and ACH form in the name of and purporting to be from Victim 1 sent by defendant, |

5

|  |  |  |
|---|---|---|
|  |  | Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Wayne, Nebraska. |
| II | On or about October 6, 2020 | Tuesday, October 6, 2020 email with the subject line "CFAP 2 Forms" containing a CFAP2 Application and ACH form in in the name of and purporting to be from Victim 2 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Pierce, Nebraska. |
| III | On or about October 6, 2020 | Tuesday, October 6, 2020 email with the subject line "CFAP 2 Forms" containing a CFAP2 Application and ACH form in in the name of and purporting to be from Victim 3 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Fremont, Nebraska. |
| IV | On or about October 7, 2020 | Wednesday, October 7, 2020 email with the subject line "My forms for CFAP 2" containing a CFAP2 Application and ACH form in the name of Victim 4 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Hartington, Nebraska. |
| V | On or about October 7, 2020 | Wednesday, October 7, 2020 email with the subject line "CFAP 2 Forms" containing a CFAP2 Application and ACH form in the name of Victim 5 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Hebron, Nebraska |
| VI | On or about October 7, 2020 | Wednesday October 7, 2020 email with the subject line "CFAP 2" containing a CFAP2 Application and ACH form in the name of Victim 6 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Neligh, Nebraska |
| VII | On or about October 8, 2020 | Thursday, October 8, 2020 email with the subject line "CFAP 2 FORMS" containing a CFAP2 application a CFAP2 Application and ACH form in the name of Victim 7 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Osceola, Nebraska |
| VIII | On or about October 14, 2020 | Wednesday, October 14, 2020 email with the subject line "Forms Attached" containing a CFAP2 Application and ACH form in the name of Victim 8 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Wayne, Nebraska |
| IX | On or about October 14, 2020 | Wednesday, October 14, 2020 email with the subject line "My CFAP 2 Forms" containing a CFAP2 Application and ACH form in the name of Victim 9 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Neligh, Nebraska |

| X | On or about October 14, 2020 | Wednesday, October 14, 2020 email with the subject line "CFAP 2 application" containing a CFAP2 Application and ACH form in the name of Victim 10 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Beaver City, Nebraska |
|---|---|---|
| XI | On or about November 12, 2020 | Thursday, November 12, 2020 email with the subject line "My CFAP 2 Forms" containing a CFAP2 Application and ACH form in the name of Victim 11 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in O'Neill, Nebraska |
| XII | On or about October 14, 2020 | Wednesday, October 14, 2020 email with the subject line "CFAP 2 Application" containing a CFAP2 Application and ACH form in the name of Victim 12 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Fairbury, Nebraska |
| XIII | On or about October 14, 2020 | Wednesday, October 14, 2020 email with the subject line "My forms for CFAP2 attached" containing a CFAP2 Application and ACH form in the name of Victim 13 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Seward, Nebraska |
| XIV | On or about October 8, 2020 | Thursday, October 8, 2020 email with the subject line "Sending my cfap2 app" containing a CFAP2 Application and ACH form in the name of Victim 14 sent by defendant, Chukwuebuka Madueke Arinze, from Nigeria to the FSA office in Pierce, Nebraska |

All in violation of Title 18, United States Code, Section 1343.

## COUNT XV
## (AGGRAVATED IDENTITY THEFT)

35. The Grand Jury reincorporates the allegations contained in paragraph 1 through 33 of this Indictment as if fully set forth herein.

36. On or about September 28, 2020, in the District of Nebraska and elsewhere, the defendant, Chukwuebuka Madueke Arinze, did knowingly and without lawful authority use a means of identification of another person, to wit: the Social Security

7

Number of Victim 1, during and in relation to Wire Fraud in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Section 1028A(a)(1) & (c)(5).

## COUNT XVI
## (AGGRAVATED IDENTITY THEFT)

37. The Grand Jury reincorporates the allegations contained in paragraph 1 through 33 of this Indictment as if fully set forth herein.

38. On or about October 6, 2020, in the District of Nebraska and elsewhere, the defendant, Chukwuebuka Madueke Arinze, did knowingly and without lawful authority use a means of identification of another person, to wit: the Social Security Number of Victim 2, during and in relation to Wire Fraud in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Section 1028A(a)(1) & (c)(5).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney