IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHUKWUEBUKA MADUEKE ARINZE,<br><br>Defendant. | CASE NO. 8:22-CR-88<br><br>MOTION TO CONTINUE INITIAL APPEARANCE |

COMES NOW Defendant Chukwuebuka Madueke Arinze, by and through his undersigned attorney, and respectfully moves this Honorable Court to continue the Initial Appearance scheduled for December 1, 2025, at 1:30 p.m., to December 1, 2025 at 3:00 p.m., as Defense Counsel has a scheduling conflict with the currently scheduled hearing.

Sean Lynch, Assistant United States Attorney, has been contacted regarding this Motion, however he has not yet responded at this time.

WHEREFORE, Defendant prays this Honorable Court continue the Initial Appearance scheduled for December 1, 2025, at 1:30 p.m., to December 1, 2025 at 3:00 p.m.

                                              CHUKWUEBUKA MADUEKE ARINZE,
                                              Defendant,

BY:   /s/Jim K. McGough
        Jim K. McGough, #21194
        McGoughLaw P.C., L.L.O.
        319 S. 17th Street, Suite 333
        Omaha, NE 68102
        (402) 614-8655
        jmcgough@mcgoughlaw.com

CERTIFICATE OF SERVICE

  I certify that on November 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Sean Lynch<br>
Assistant United States Attorney<br>
1620 Dodge Street, Suite 1400<br>
Omaha, NE 68102<br>
sean.lynch@usdoj.gov

      /s/Jim K. McGough
      For the Firm