IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR88** |
| v. | |
| CHUKWUEBUKA MADUEKE ARINZE, | **ORDER** |
| Defendant. | |

This matter is before the Court on a Findings and Recommendation (Filing No. 30) issued by the magistrate judge[1] pursuant to 28 U.S.C. § 636(b)(1)(B). After a thorough review, the magistrate judge recommends the Court deny defendant Chukwuebuka Madueke Arinze's ("Arinze") Motion to Dismiss (Filing No. 24) the indictment in his criminal case (Filing No. 1) without a hearing. *See* Fed. R. Crim. P. 12(b)(3)(B)(v). The magistrate judge reasons that despite Arinze's assertions to the contrary, "the charging documents in this case have alleged specific facts, which taken as true, support each element of" the charges against him. *See, e.g.*, *United States v. Hansmeier*, 988 F.3d 428, 436 (8th Cir. 2021). To date, Arinze has not objected to that recommendation, and the time to do so has passed.

Under § 636(b)(1), the Court must "make a de novo review of . . . specified proposed findings or recommendations to which objection is made." Absent objection, however, further review is unnecessary. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the

---

[1]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

district court."); Fed. R. Crim. P. 59(b)(2) (explaining the failure to timely object waives the right to review); NECrimR 59.2(a), (e).

Because Arinze did not timely object,

IT IS ORDERED:

1. The magistrate judge's Findings and Recommendation (Filing No. 30) is accepted in its entirety. Any objections are deemed waived.

2. Defendant Chukwuebuka Madueke Arinze's Motion to Dismiss (Filing No. 24) is denied without a hearing.

Dated this 17th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge